# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. CV 08-2753-RGK (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) the First Amended Petition for Writ of Habeas Corpus is denied with respect to Grounds One through Three; (2) Ground Four is dismissed as time-barred; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED: February 26, 2010

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE