# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WASHINGTON, | Case No. CV 08-2753-RGK (JEM) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| LARRY SMALL, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 26, 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE